**Order filed, August 23, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00601-CR

_____

**ANTHONY DEWAYNE GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 78th District Court**
**Wichita County, Texas**
**Trial Court Cause No. 49,480-B**

## ORDER

The reporter's record in this case was due **July 25, 2012**, 2012. *See* Tex. R. App. P. 35.1. On August 14, 2012, this court granted the court reporters request for extension of time to file the record until August 24, 2012. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court **GRANTS** your second request and issues the following order.

We order **Sherri Harvey**, the official court reporter, to file the record in this appeal **on or before September 25, 2012. No further extension will be entertained**

**absent exceptional circumstances**.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Sherri Harvey** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM